IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER HICKOX,

Plaintiff,

v.

ANDREW HIRES, *et al.*,

Defendants.

Case No. 16-cv-645 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 16, 2017**    **JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　s/**Tina Gray**
　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**